IN RE RESIGNATION OF HUNTER.

[Cite as *In re Resignation of Hunter* (1993), 66 Ohio St.3d 1201.]

(No. 92–2472—Submitted January 6, 1993—Decided January 7, 1993.)

The resignation of Joyce D. Hunter as an attorney, Registration No. 0038512, is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

KATKO, EXR., APPELLEE, *v.* OHIO STATE UNIVERSITY HOSPITAL ET AL., APPELLANTS.

[Cite as *Katko v. Ohio State Univ. Hosp.*
(1993), 66 Ohio St.3d 1201.]

(No. 91–2006—Submitted January 5, 1993—Decided February 3, 1993.)

*Savoy, Bilancini, Flanagan & Kenneally, Jerome J. Savoy* and *Patrick M. Flanagan,* for appellee.

*Lee I. Fisher,* Attorney General; *Emens, Hurd, Kegler & Ritter Co., L.P.A., William J. Brown* and *Karl W. Schedler,* for appellants.

*Fulbright & Jaworski* and *Robert A. Burgoyne;* and *Joseph A. Keyes, Jr.,* urging reversal for *amicus curiae,* Association of American Medical Colleges.

*Lee I. Fisher,* Attorney General, and *John C. Dowling,* Assistant Attorney General, urging reversal for *amici curiae,* University of Cincinnati, Medical College of Ohio and Northeastern Ohio Universities College of Medicine.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.